# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**STEVEN S. BROWN,**

    **Plaintiff,**

vs.

    Case No.: 2:13-cv-006
    **JUDGE GEORGE C. SMITH**
    Magistrate Judge Ovington

**DIRECTOR MOHR, *et al.*,**

    **Defendants.**

## ORDER

On October 19, 2018, the United States Magistrate Judge issued an Order and Report and Recommendation denying Plaintiff's Motion for Appointment of Counsel and Motion for Extension of Time and Recommending that Plaintiff's Motion for Preliminary Injunction be denied. (Doc. 238). The parties were advised of their right to object to the Order and Report and Recommendation and of the consequences of their failure to do so. There has nevertheless been no objection to this Order and Report and Recommendation.

The Order and Report and Recommendation, Document 238, is hereby **ADOPTED** and **AFFIRMED**. Plaintiff's Motions to Compel, for Appointment of Counsel and for an Extension of Time (Doc. 237) are **DENIED**. Further, Plaintiff's Motion for Preliminary Injunction (Doc. 231) is **DENIED**.

The Clerk shall remove Documents 231, 237, and 238 from the Court's pending motions list.

    **IT IS SO ORDERED.**

                             */s/ George C. Smith*
                             **GEORGE C. SMITH, JUDGE**
                             **UNITED STATES DISTRICT COURT**