# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| STEVEN S. BROWN, | Case No. 2:13-cv-00006 |
| Plaintiff, | District Judge George C. Smith |
| vs. | Magistrate Judge Sharon L. Ovington |
| DIRECTOR MOHR, et al., | |
| Defendants. | |

## ORDER

This matter is before the Court following a telephone conference on November 19, 2018. For good cause shown, Plaintiff's Motion for Protective Order (Doc. #247) is **GRANTED**, in part, to the extent that his present deposition is continued and rescheduled to occur on **December 7, 2018**. Additionally, the deadline to complete discovery is extended to **December 7, 2018**. Plaintiff's Motion for Protective Order (Doc. #247) is otherwise **DENIED**.

During the conference, the Court placed Plaintiff on notice that in the event he refuses to proceed with his deposition on December 7, 2018, or otherwise refuses to prosecute this case, he may be subject to sanctions up to and including dismissal of this case for failure to prosecute.

November 19, 2018

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge