UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Steven S. Brown, | : Case No. 2:13-cv-00006 |
| Plaintiff, | : District Judge George C. Smith |
| vs. | : Magistrate Judge Sharon L. Ovington |
| Director Mohr, *et al.*, | : |
| Defendants. | : |

**ORDER**

Plaintiff has not opposed or otherwise responded to Defendants' Motion for Summary Judgment, which was filed on February 18, 2019. (Doc. #254). The deadline for filing his opposition or response has passed.

Plaintiff recently filed a document captioned, "Motion for Judgment on the Pleadings or Summary Judgment." (Doc. #266). He notes in his Motion that Defendants "are a month overdue…," *id.*, in filing a Motion for Summary Judgment. This introduces uncertainty regarding whether Plaintiff has received copy of Defendants' Motion for Summary Judgment. It is therefore **ORDERED** that:

1. Defendants confirm and notify the Court **by April 26, 2019** that Plaintiff has received a copy of Defendants' Motion for Summary Judgment and related documents; and,

2. Plaintiff shall file his Response to Defendants' Motion for Summary Judgment **by May 27, 2019**.

April 16, 2019

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge