# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**STEVEN S. BROWN,**

    **Plaintiff,**

vs.                                        **Case No.: 2:13-cv-06**
                                                **JUDGE GEORGE C. SMITH**
                                                **Magistrate Judge Ovington**

**DIRECTOR MOHR,** *et al.***,**

    **Defendants.**

## ORDER

On August 19, 2019, the United States Magistrate Judge issued a Report and Recommendation recommending that Defendants' Motion for Summary Judgment be granted and that final judgment be entered in favor of Defendants. (Doc. 284). The parties were advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so. There has nevertheless been no objection to the Report and Recommendation.

The August 19, 2019, Report and Recommendation, Document 284, is hereby **ADOPTED** and **AFFIRMED**. Defendants' Motion for Summary Judgment (Doc. 254) is hereby **GRANTED**.

The Clerk shall remove Documents 254 and 284 from the Court's pending motions list and enter final judgment in favor of Defendants.

    **IT IS SO ORDERED**.

                                                                          */s/ George C. Smith*
                                                                          **GEORGE C. SMITH, JUDGE**
                                                                          **UNITED STATES DISTRICT COURT**