**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| STEVEN S. BROWN, | : Case No. 2:13-cv-6 |
| Plaintiff, | : District Judge George C. Smith |
| vs. | : Magistrate Judge Sharon L. Ovington |
| DIRECTOR MOHR, *et al.*, | : |
| Defendants. | : |

# ORDER

This case is presently before the Court upon Plaintiff's Motion to Dismiss without Prejudice (Doc. #288). On September 16, 2019, United States District Judge George C. Smith granted Defendants' Motion for Summary Judgment (Doc. #286) and entered judgment in favor of Defendants and against Plaintiff (Doc. #287).

In light of District Judge Smith's Order, Plaintiff's Motion to Dismiss without Prejudice (Doc. #288) is DENIED as moot.

**IT IS SO ORDERED.**

October 18, 2019

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge